STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Brenda Moreau
IN PROPER PERSON
1620 Highway 167
Opelousas LA 70570

<div style="border:1px solid">
Judgment on rehearing rendered and mailed to all parties or counsel of record on June 3, 2026
</div>

**REHEARING ACTION: June 3, 2026**

**Docket Number: 25   00461-CA**

**IN RE:MEDICAL REVIEW PANEL OF
BRENDA MOREAU**

**Appealed from St. Landry Parish Case No. 22-C-11979-C**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Sharon Darville Wilson**
**Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing and request for En Banc consideration filed by **Brenda Moreau** has this day been

**DENIED.**

cc: Michael A. Dalman, Counsel for the Appellee
    Troy Allen Broussard, Counsel for the Appellee